**Eugene P. PATTERSON,
Plaintiff—Appellant,**

v.

**NICKERSON; Dick Chasse; Joseph S. Brooks; R.M. White; Harrell Watts; Tom Burkett; Richard L. Keister; Susan Goldy, Defendants—Appellees.**

No. 04–6396.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 29, 2004.

Decided: Aug. 4, 2004.

Eugene P. Patterson, Appellant pro se.

Before LUTTIG, MICHAEL, and DUNCAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eugene P. Patterson seeks to appeal the district court's order denying his motion for appointment of counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Patterson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*